**Order entered September 19, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00961-CV

### BRIAN E. VODICKA, Appellant

### V.

### MICHAEL B. TOBOLOWSKY, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08135**

## ORDER

By order dated September 7, 2017, the Court ordered a supplemental clerk's record be filed in this case by September 14, 2017 containing appellant's affidavit of indigence, all contests, and all orders on all contests. On September 15, 2017, a supplemental clerk's record containing our September 7, 2017 order was filed in appellate cause number 05-17-00740-CV. That appeal concerns trial court cause number DC-17-05504, and other than our September 7th order, the documents in the supplemental clerk's record concern trial court cause number DC-17-05504.

Because the documents requested in our September 7th order have not been filed in appellate cause number 05-17-00961-CV, we **ORDER** Felicia Pitre, Dallas County District

Clerk, to file, by **September 22, 2017**, a supplemental clerk's record containing the following documents from trial court cause number **DC-15-08135**:

1.      the affidavit of indigence filed by appellant;

2.      all contests to the affidavit of indigence; and

3.      all orders on all contests.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

/s/      CRAIG STODDART
        JUSTICE